UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ELIZABETH GONZALEZ, et al.     Case No. 21-CV-00508-LDH-VMS

          Plaintiff,

    -against-     **NOTICE OF WITHDRAWAL**

RED APPLE GROUP, INC., et al.

          Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Allyson N. Brown-Hanif, Esq., is no longer associated with Meltzer, Lippe, Goldstein & Breitstone, LLP and hereby withdraws her representation for Defendants Red Apple Group, Inc., Red Apple 86 Fleet Place Development, LLC, Red Apple 180 Myrtle Avenue Development, LLC and Red Apple 81 Fleet Place Development, LLC.

**PLEASE TAKE FURTHER NOTICE**, that Meltzer, Lippe, Goldstein & Breitstone, LLP shall remain as counsel for the Defendants, Red Apple Group, Inc., Red Apple 86 Fleet Place Development, LLC.

Dated: Mineola, New York
       February 1, 2021

                              Respectfully submitted,

                              **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                        By:   */s/ Larry R. Martinez*
                              Larry R. Martinez, Esq.
                              *Attorney for Defendants*
                              190 Willis Avenue
                              Mineola, New York 11501
                              (516) 747-0300
                              lmartinez@meltzerlippe.com